```
                                        FILED
                                        May 9, 2008
                                        CLERK, US DISTRICT COURT
                                        EASTERN DISTRICT OF
                                        CALIFORNIA

                                        DEPUTY CLERK
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | |
| ) | Case No. CR. S-07-0515 WBS |
| Plaintiff,           ) | |
| v.                                                ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| JOSE PENALOZA ,                           ) | |
| ) | |
| Defendant.           ) | |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release  JOSE PENALOZA  , Case No.  CR. S-07-0515 WBS  , Charge  Title 21 USC § 846  , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __ Release on Personal Recognizance

    X Bail Posted in the Sum of $ 200,000 (secured by two parcels of real property)

    __ Unsecured Appearance Bond

    __ Appearance Bond with 10% Deposit

    __ Appearance Bond with Surety

    __ Corporate Surety Bail Bond

    X (Other)     with pretrial supervision and conditions of release as stated on the record

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  May 9, 2008  at  10:50  am .

By  /s/ Dale A. Drozd
Dale A. Drozd
United States Magistrate Judge