```
LAWRENCE G. BROWN
Acting United States Attorney
MICHAEL M. BECKWITH
Assistant U.S. Attorney
501 "I" Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2797
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>  )<br>        Plaintiff,    )<br>  )<br>   v.      )<br>  )<br>JOSE PENALOZA,     )<br>  )<br>        Defendant,    )<br>  )<br>   and      )<br>  )<br>GUILLERMO QUEZADAS and   )<br>MARTHA PENALOZA CARLOS,   )<br>  )<br>        Sureties.    )<br>_____ ) | Cr. S-07-0515-WBS<br><br><br><br><br>ORDER DECLARING REVOCATION AND<br>FORFEITURE OF BOND |

Having previously found the defendant violated the conditions of his release and in consideration of the government's <u>ex parte</u> motion for declaration of revocation and forfeiture of bond,

IT IS HEREBY ORDERED that the property bond posted on behalf of the above-named defendant is revoked and ordered forfeited.

/////

1

The U.S. Attorney shall take all necessary steps to recover from defendant Jose Penaloza, as Principal, and Guillermo Quezadas and Martha Penaloza Carlos, as Sureties, jointly and severally, the sum of $100,000, plus interest from the date of entry of the judgment at the current legal note until paid, plus costs of the Court.

DATED: February 18, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/penaloza0515.ord.quezadas