LAWRENCE G. BROWN
Acting United States Attorney
MICHAEL M. BECKWITH
Assistant U.S. Attorney
501 "I" Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2797

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOSE PENALOZA, ) <br> ) <br> Defendant, ) <br> ) <br> and ) <br> ) <br> JOSE MARIN SANCHEZ and ) <br> MARIA LUZ PENALOZA, ) <br> ) <br> Sureties. ) <br> _____ ) | Cr. S-07-0515-WBS <br><br> ORDER DECLARING REVOCATION AND FORFEITURE OF BOND |

Having previously found the defendant violated the conditions of his release and in consideration of the government's <u>ex parte</u> motion for declaration of revocation and forfeiture of bond,

IT IS HEREBY ORDERED that the property bond posted on behalf of the above-named defendant is revoked and ordered forfeited.

/////

1

1 | The U.S. Attorney shall take all necessary steps to
2 | recover from defendant Jose Penaloza, as Principal, and Jose
3 | Marin Sanchez and Maria Luz Penaloza, as Sureties, jointly and
4 | severally, the sum of $100,000, plus interest from the date of
5 | entry of the judgment at the current legal note until paid,
6 | plus costs of the Court.
7 | DATED: February 18, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/penaloza0515.ord.sanchez