MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 447-1920
Long_5999@msn.com

Attorney for JOSE PENALOZA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

THE UNITED STATES OF AMERICA,   ) No. CR-S-07-515 WBS
               Plaintiff,          )
                           ) STIPULATION AND [PROPOSED]
    v.                      ) ORDER TO CONTINUE SENTENCING
                           ) HEARING
JOSE PENALOZA,             )
                           ) Date: 2-16-2010
               Defendant.           ) Time: 9:00 a.m.
===============================) Judge: Hon. William B. Shubb

     IT IS HEREBY STIPULATED between the parties, Assistant United States Attorney Michael Beckwith and Michael Long, attorney for JOSE PENALOZA, that the sentencing hearing set for May 3, 2010, at 8:30 a.m. should be continued until July 12, 2010, at 8:30 a.m.  The continuance is necessary as the government and defense counsel are continuing to discuss numerous sentencing and forfeiture issues.

Dated:  April 29, 2010                         Respectfully submitted,

                                                /s/ Michael D. Long_____
                                                MICHAEL D. LONG
                                                Attorney for Mr. PENALOZA

Dated:  April 29, 2010

                                                BENJAMIN WAGNER
                                                United States Attorney

                                                /s/ Michael Beckwith____
                                                MICHAEL BECKWITH
                                                Assistant U.S. Attorney

MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 447-1920
Long_5999@msn.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, | ) | No. CR-S-07-515 WBS |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | Date:  7-12-2010 |
| JOSE PENALOZA, | ) | Time:  8:30 a.m. |
| | ) | Judge: Hon. William B. Shubb |
| Defendant. | ) | |
| ==============================) | | |

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the sentencing hearing presently set for May 3, 2010, at 8:30 a.m. be continued to July 12, 2010, at 8:30 a.m.  Based on the representations of counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account due diligence.

Dated: April 29, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

-2-