HEATHER E. WILLIAMS, Bar #122664
Federal Defender
HANNAH R. LABAREE, Bar #294338
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
JOSE PENALOZA, T/N: JOSE GUADALUPE PENALOZA CARLOS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE PENALOZA, T/N: JOSE GUADALUPE PENALOZA CARLOS,<br><br>Defendant. | No. Cr. S 2:07-cr-515-05 WBS<br><br>**STIPULATED MOTION AND [lodged] ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Judge: The Honorable WILLIAM B. SHUBB |
|---|---|

Defendant, JOSE PENALOZA, T/N: JOSE GUADALUPE PENALOZA CARLOS, by and through his attorney, Assistant Federal Defender Hannah R. Labaree, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate as follows:

1.  Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2.  On October 3, 2011, this Court sentenced Mr. Penaloza to a term of 135 months imprisonment;

3.  Mr. Penaloza's total offense level was 33, his criminal history category was I, and the resulting guideline range was 135 to 168 months;

4. The sentencing range applicable to Mr. Penaloza was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5. Mr. Penaloza's total offense level has been reduced from 33 to 31, and his amended guideline range is 108 to 135 months. He qualifies for safety valve relief under 18 U.S.C. § 3553(f) and thus may be sentenced without regard to the statutory mandatory minimum;

6. Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Penaloza's term of imprisonment to a term of 108 months. The parties agree this term is fair and reasonable pursuant to 18 U.S.C. § 3553(a).

Respectfully submitted,

Dated: October 9, 2015

BENJAMIN B. WAGNER
United States Attorney

 /s/ *Jason Hitt*
JASON HITT
Assistant U.S. Attorney

Attorney for Plaintiff
UNITED STATES OF AMERICA

Dated:  October 9, 2015

HEATHER E. WILLIAMS
Federal Defender

 /s/ *Hannah R. Labaree*
HANNAH R. LABAREE
Assistant Federal Defender

Attorney for Defendant
JOSE PENALOZA

### ORDER

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Penaloza is entitled to the benefit Amendment 782, which reduces the total offense level from 33 to 31, resulting in an amended guideline range of 108 to 135 months. He qualifies for safety valve relief under 18 U.S.C. § 3553(f) and thus may be sentenced without regard to the statutory mandatory minimum.

IT IS HEREBY ORDERED that the term of imprisonment imposed in October 2011 is reduced to a term of 108 months, a sentence that is now considered fair and reasonable in light of the revised guidelines pursuant to 18 U.S.C. § 3553(a).

1       IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect.  The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Mr. Penaloza shall report to the United States Probation Office within seventy-two hours after his release.

Dated:  December 16, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE