**MICHAEL D. LONG**
Attorney at Law
California State Bar Number 149475
901 H Street, Suite 301
Sacramento, CA 95814
Telephone: (916) 201-4188
Facsimile: (916) 442-8299
Email: Mike.Long.Law@msn.com

Attorney for JOSE PENALOZA

# UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>JOSE PENALOZA,<br><br>Defendant | Case No.: 07-515 WBS<br><br>**REQUEST TO EXONERATE BOND; ORDER**<br><br>**Judge: Deborah Barnes** |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant Jose Penaloza, that the two secured bonds posted to secure defendant Penaloza's release may be exonerated and the two properties used to secure the bond be reconveyed to the sureties.

On May 9, 2008, the magistrate judge ordered Mr. Penaloza released on a bond secured by two different properties totaling the amount of $200,000. See ECF document 94. The two Appearance Bonds were posted, each in the amount of $100,000, on May 9, 2008. ECF document 95 concerns 496 Myrtlewood Drive, Santa Rosa, CA, 95407. ECF document 96 concerns 1120 N. Bush Street, Ukiah, CA, 95482. Mr. Penaloza was sentenced on October 3, 2011. See ECF document 309. Mr. Penaloza has served his federal sentence and is now out of custody.

- 1 -

Accordingly, the appearance bond securing his release should be exonerated and the property reconveyed back to the surety.

Respectfully submitted,

Dated: February 23, 2018

MICHAEL D. LONG
Attorney at Law

/s/ Michael D. Long
Michael D. Long
Attorney for JOSE PENALOZA

Dated: February 23, 2018

McGREGOR SCOTT
United States Attorney

/s/ Michael Beckwith
Michael Beckwith
Assistant United States Attorney

ORDER

The Bond for defendant Jose Penaloza is exonerated. The Clerk of the Court shall reconvey the two properties to the owners.

496 Myrtlewood Drive, Santa Rosa, CA, should be reconveyed to owners Guellermo Serrino & Martha Penaloza at the address of 496 Myrtlewood Drive, Santa Rosa, CA, 95407.

1120 N. Bush Street, Ukiah, CA, 95482, should be reconveyed to owners Jose Maria Sanchez & Maria Luz Penaloza and mailed to the address of 3200 Road I, Redwood Valley, CA 95470.

IT IS SO ORDERED.

Dated: February 23, 2018

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE